Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.:  16–15487
Chapter:  13
Judge:  Pamela S. Hollis

In Re:
  Marlene A. Matteucci
  17052 Auburn Ridge Drive
  Lockport, IL 60441–4004

Social Security / Individual Taxpayer ID No.:
  xxx–xx–2526

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on December 7, 2018

FOR THE COURT

Dated: December 10, 2018                    Jeffrey P. Allsteadt , Clerk
                                            United States Bankruptcy Court